No. 94–504.  YEOMAN ET AL. *v.* KENTUCKY REVENUE CABINET ET AL.; and

No. 94–525.  SMITH ET AL. *v.* KENTUCKY REVENUE CABINET ET AL.  Sup. Ct. Ky.  Certiorari denied.

No. 94–508.  OPTIMAL DATA CORP. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 94–509.  MDK, INC. *v.* MIKE'S TRAIN HOUSE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–510.  ZEKARIA REALTY, INC. *v.* OCEAN COUNTY, NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 94–515.  MITCHELL ET AL. *v.* AMARILLO HOSPITAL DISTRICT ET AL.  Ct. App. Tex., 7th Dist.  Certiorari denied.

No. 94–521.  VERNON *v.* CITY OF LOS ANGELES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–523.  DAVIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVIS, ET AL. *v.* BENDER SHIPBUILDING & REPAIR CO., INC.  C. A. 9th Cir.  Certiorari denied.

No. 94–528.  HAYDOO ET AL. *v.* GENERAL ELECTRIC CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–530.  SHAFFER, SECRETARY OF STATE OF NEW YORK *v.* NEW YORK STATE ASSOCIATION OF REALTORS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–531.  AUGUSTUS ET AL. *v.* LOUISIANA, THROUGH ITS GOVERNOR, EDWARDS, ET AL.  Ct. App. La., 5th Cir.  Certiorari denied.

No. 94–532.  ANDREW WEIR SHIPPING LTD., FKA BANK LINE LTD., ET AL. *v.* BOWERS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–536.  LOUISIANA-PACIFIC CORP. *v.* ORJIAS ET AL.  C. A. 10th Cir.  Certiorari denied.